United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA JENKINS,
    Plaintiff,

v.

JOHN KERRY,
    Defendant.

Case No. 15-cv-01921-RS

**FURTHER CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 21, 2016.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION:  The parties are hereby referred to the court's ADR department for the purpose of engaging in panel mediation to take place, ideally, within the next 120 days.

2.     DISCOVERY.

On or before October 31, 2016, all non-expert discovery shall be completed by the parties.

3.     EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before November 15, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before December 5, 2016, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before December 26, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than January 5, 2017.

5. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **March 2, 2017, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.

A jury trial shall commence on **March 20, 2017, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: April 21, 2016

_____
RICHARD SEEBORG
United States District Judge