BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    Robin.Wall@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA JENKINS, | Case No. 15-cv-01921 RS |
|     Plaintiff, | **STIPULATION AND MOTION TO EXTEND TIME FOR MEDIATION; [PROPOSED] ORDER** |
|   v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

### STIPULATION AND MOTION FOR EXTENSION

    Pursuant to ADR Local Rule 5-5 and Civil Local Rule 7, the parties hereby stipulate to and request an extension of the time to conduct the Court-ordered mediation in this matter.

    On May 17, 2016, Todd Jackson of Lewis, Feinberg, Lee & Jackson, P.C., was assigned as a mediator to this case. (Dkt. 25.) The parties had an initial telephone conference with Mr. Jackson yesterday to discuss and set a date for the mediation. The parties discussed the timing of the mediation session and a potential extension of the time for mediation in order to complete certain planned discovery with the goal of facilitating meaningful settlement discussions.

STIP. TO EXTEND TIME FOR MEDIATION; [PROPOSED] ORDER
15-CV-01921 RS

With the advice and agreement of Mr. Jackson, the parties have stipulated and agreed to extend the time for mediation until September 16, 2016, pending the Court's approval.

Dated: June 24, 2016

BRIAN J. STRETCH
United States Attorney

 /s/ Robin M. Wall
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant


LAW OFFICES OF MAUREEN E. MCFADDEN

/s/ Maureen E. McFadden
MAUREEN E. MCFADDEN
Attorneys for Plaintiff
ANGELA JENKINS

### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Maureen E. McFadden has concurred in the filing of this document.

Dated: June 24, 2016

BRIAN J. STRETCH
United States Attorney

/s/ Robin M. Wall
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, the time for mediation in this case shall be extended to September 16, 2016.

IT IS SO ORDERED.

Dated:  6/27/16

HON. RICHARD SEEBORG
United States District Judge

STIP. TO EXTEND TIME FOR MEDIATION; [PROPOSED] ORDER
15-CV-01921 RS