BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7071
      Fax: (415) 436-6748
      Robin.Wall@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA JENKINS,<br><br>     Plaintiff,<br><br>  v.<br><br>JOHN KERRY, SECRETARY, UNITED<br>STATES DEPARTMENT OF STATE,<br><br>     Defendant. | Case No. 15-cv-01921 RS (JCS)<br><br>**STIPULATION AND MOTION TO CONTINUE<br>DISCOVERY, DISPOSITIVE MOTION, AND<br>TRIAL DATES; [~~PROPOSED~~] ORDER** |

**STIPULATION AND MOTION**

      After meeting on December 1, 2016, as ordered by Magistrate Judge Joseph C. Spero, and with

the assistance of Judge Spero, the parties have reached agreement regarding an extension of the

discovery deadline to permit a number of depositions as listed below.

      The parties stipulate and agree to continue the discovery deadline to permit the following

depositions:

| EVENT | DATE |
|---|---|
| Deposition of Angela Jenkins | December 20, 2016 |
| Deposition of Tiffany Bartish | January 6, 2017, or January 9, 2017, the specific date to be confirmed by December 2, 2016 |
| Deposition of Amha Gezahegn | January 10, 2017 or January 25, 2017, to be determined based on the witness's availability |
| Deposition of Brian Ray | Date to be determined based on the witness's availability, but no later than February 16, 2016 |
| Deposition of Elizabeth Norris | Date to be determined based on the witness's availability, but no later than February 16, 2016 |
| Deposition of Susan Moorse | Date to be determined based on Ms. Moorse's medical availability.  Defendant's counsel will help coordinate the scheduling and inform plaintiff's counsel when Ms. Moorse becomes available.  If Ms. Moorse has not become available by February 2, 2017, plaintiff reserves the right to seek a continuance of the trial date. |

Dated:  December 1, 2016

BRIAN J. STRETCH
United States Attorney


 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendant



LAW OFFICES OF MAUREEN E. MCFADDEN

*/s/ Maureen E. McFadden*
MAUREEN E. MCFADDEN
Attorneys for Plaintiff
ANGELA JENKINS

1

**CERTIFICATION**

2        Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Maureen E. McFadden has

3   concurred in the filing of this document.

4        Dated:  December 1, 2016                    BRIAN J. STRETCH
                                                     United States Attorney
5

6                                                    _/s/ Robin M. Wall_____
                                                     ROBIN M. WALL
7                                                    Assistant United States Attorney
                                                     Attorneys for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE SCHEDULE; [PROPOSED] ORDER
15-CV-01921 RS

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and for good cause shown, discovery shall be continued in this case to permit the following depositions on the dates and subject to the conditions set forth below:

| EVENT | DATE |
|---|---|
| Deposition of Angela Jenkins | December 20, 2016 |
| Deposition of Tiffany Bartish | January 6, 2017, or January 9, 2017, the specific date to be confirmed by December 2, 2016 |
| Deposition of Amha Gezahegn | January 10, 2017 or January 25, 2017, to be determined based on the witness's availability |
| Deposition of Brian Ray | Date to be determined based on the witness's availability, but no later than February 16, 2016 |
| Deposition of Elizabeth Norris | Date to be determined based on the witness's availability, but no later than February 16, 2016 |
| Deposition of Susan Moorse | Date to be determined based on Ms. Moorse's medical availability.  Defendant's counsel will help coordinate the scheduling and inform plaintiff's counsel when Ms. Moorse becomes available.  If Ms. Moorse has not become available by February 2, 2017, plaintiff reserves the right to seek a continuance of the trial date. |

IT IS SO ORDERED.

Dated: __12/1/16_____



_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge