Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Ph: (510) 835-5203
Fax: (510) 835-5205
Email: maureen@mcfaddenlaw.net

Attorneys for Plaintiff
ANGELA JENKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA JENKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>REX W. TILLERSON, Secretary,<br>U.S. Department of State,<br><br>    Defendant. | Case No.: 15-cv-01921 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE ADDITIONAL TIME<br>TO SUBMIT FURTHER<br>OPPOSITION TO MOTION FOR<br>SUMMARY<br>JUDGMENT/ADJUDICATION** |

Plaintiff Angela Jenkins and Defendant Rex W. Tillerson[1], Secretary, United States Department of State ("Defendant"), by and through their respective counsel, make the following representations and stipulate and agree as follows:

1.  Plaintiff's counsel Maureen McFadden continues to deal with challenging issues arising out of missing substantial amounts of work due to health, and other family issues.

2.  The parties previously agreed, and the Court so ordered, that plaintiff should be permitted additional time until March 14, 2017 to file her supplemental

---

[1] Rex W. Tillerson has been sworn in as the Secretary of the U.S. Department of State, automatically substituting for John Kerry as a party in accordance with Federal Rule of Civil Procedure 25(d).

opposition to defendant's motion for summary judgment, and that defendants should have two weeks thereafter to file its reply brief.  The parties are now requesting that the briefing schedule be again adjusted, so that plaintiff may file her supplemental opposition by March 16, 2017, with defendant's reply brief due 2 weeks thereafter.

DATED:  March 15, 2017         LAW OFFICES OF MAUREEN E. MCFADDEN

By:  /s/_____
       Maureen E. McFadden

Attorney for Plaintiff
ANGELA JENKINS

DATED:  March 15, 2017         BRIAN J. STRETCH

By: /s/ Robin M. Wall
_____
       Robin Wall

Assistant United States Attorney
Attorney for Defendant
United States of America

### [~~PROPOSED~~] ORDER

Plaintiff and Defendant's Stipulation Re Additional Time to Submit Further Opposition to Motion to Summary Adjudication is hereby **GRANTED**. Plaintiff shall have until March 16, 2017 to file her opposition, and defendant shall have an additional two weeks thereafter to file its reply brief.

Date: March 17, 2017

_____
HON. RICHARD SEEBORG
United States District Court Judge