UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA JENKINS,

    Plaintiff,

v.

JOHN KERRY, et al.,

    Defendants.

Case No. 15-cv-01921-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 22, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 29, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 29, 2019

_____
Richard Seeborg
United States District Judge