DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA JENKINS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL R. POMPEO, Secretary, United States Department of State,<br><br>        Defendant. | Docket No. 15-cv-01921-RS (DMR)<br><br>**STIPULATION OF DISMISSAL; ORDER** |

# STIPULATION OF DISMISSAL

As authorized by Federal Rule of Civil Procedure 41(a), Plaintiff Angela Jenkins and the Federal Defendant, having entered into a settlement agreement and each party having executed the agreement, hereby stipulate to dismissal with prejudice of all of Ms. Jenkins' claims against the Federal Defendant in this action.

Each party will bear its own costs and attorneys' fees.

It is so stipulated, through counsel of record.

DATED: _____, 2019

MAUREEN MCFADDEN
Plaintiff's Attorney

DATED: _____, 2019

DAVID L. ANDERSON
United States Attorney

ROBIN M. WALL
Assistant United States Attorney
Attorney for Defendant

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 3, 2019

HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL
No. 15-CV-01921-RS (DMR)